Argued and submitted October 10,
affirmed as modified December 3, 1979

LAMBERSON,
*Petitioner,*

*v.*

TEKTRONIX, INC., et al,
*Respondents.*

(No. 77-7238, CA 14751)

602 P2d 1170

Robert Udziela, Portland, argued the cause for petitioner. On the brief were Donald R. Wilson and Pozzi, Wilson, Atchison, Kahn & O'Leary, Portland.

James M. Callahan, Portland, argued the cause for respondent. With him on the brief were Frank A. Moscato and Gearin, Landis & Aebi, Portland.

Before Tanzer, Presiding Judge, and Thornton and Campbell, Judges.

PER CURIAM.

## PER CURIAM.

We agree with the reasoning of the Workers' Compensation Board but increase the award to 75 percent of unscheduled permanent disability. *Owen v. SAIF*, 33 Or App 385, 576 P2d 821 (1978).

Affirmed as modified.